MICHELE BECKWITH
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Jul 11, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jayson Weaver, et al.,<br><br>Defendants. | CASE NO. 1:20-CR-238<br><br>**UNDER SEAL**<br><br>ORDER SEALING WRIT OF HABEAS CORPUS |

The United States having applied to this Court for a writ of habeas corpus in the above-captioned proceedings and having applied for the application and writ of habeas corpus to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation,

IT IS ORDERED that the applications and writs of habeas corpus filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: **Jul 11, 2025**

HONORABLE ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE

Order Sealing Writs of Habeas Corpus               1