FILED

**Jul 11, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAYSON WEAVER, ET AL.,

    Defendants.

CR NO: 1:20-cr-238-JLT-SKO

**UNDER SEAL**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testicandum

Name of Detainee:     ALEXANDER VAN BEUSEKOM

Detained at     Rock Mountain Detention Ctr, located at 446 Alta Rd #5400

San Diego, California, 92158 in San Diego County

Detainee is:     a.)   ☒ charged in this district by:   ☒ Indictment   ☐ Information   ☐ Complaint

charging detainee with:    Title 18 U.S.C. § 1959(a)(1)

or     b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)   ☐ return to the custody of detaining facility upon termination of proceedings

or     b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence

is currently being served at the detaining facility

*Appearance is necessary on July 23, 2052 in the Eastern District of California.*

Signature: 

Printed Name & Phone No:     Stephanie M. Stokman 559-497-4045

Attorney of Record for:     United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum        ☐ Ad Testificandum

  The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on July 23, 2025* for an appearance at *2:00 p.m* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   **Jul 11, 2025**

               *Erica P. Grosjean*

             Honorable Erica P. Grosjean
             U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Ponto | ☒Male  ☐Female | |
| Booking or CDC #: | 24703234 | DOB: | 09/26/1984 |
| Facility Address: | 446 Alta Rd #5400, San Diego, CA 92158 | Race: | W |
| Facility Phone: | 619-409-5000 | FBI#: | 759520PB4 |
| Currently | | | |

**RETURN OF SERVICE**

Executed on:                       

            (signature)